373 A.2d 1112

William Latimer Small LANDES, III, and National Central Bank, Co-Trustees Under the Will of William Latimer Small Landes, Appellees,

v.

Reynold B. SMITH and Josephine L. Smith, Appellants.

Supreme Court of Pennsylvania.

Argued June 25, 1975.

Decided June 3, 1977.

Allen H. Smith, York, for appellants.

LeRoy E. Euvrard, Jr., York, for appellees.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Decree affirmed. Each party to bear own costs.

JONES, former C. J., did not participate in the consideration or decision of this case.